No. 00–6146. SAMPSON v. CITIBANK, F. S. B., ET AL. C. A. D. C. Cir. Certiorari denied.

No. 00–6149. MARCUS v. MIDDLETON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–6155. SAUNDERS v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 00–6158. MAYDAK v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–6160. AGUIRRE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–6161. BELARDO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–6163. POLLARD v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–6164. ROUNSAVALL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–6165. SMITH v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–6173. NORRIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–6176. DOHAWK v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 00–6189. MONDAINE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–6190. POWELL v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–6198. KHATER ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–6201. JOHNSON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 00–6203. LEWIS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.